866 A.2d 979

IN THE MATTER OF JOHN A. EVANS, AN ATTORNEY
AT LAW (ATTORNEY NO. 016541983).

February 23, 2005.

**ORDER**

This matter having been duly presented to the Court, it is ORDERED that **JOHN A. EVANS** of **MARLTON,** who was admitted to the bar of this State in 1984, and who was suspended from the practice of law for a period of three months effective October 6, 2004, by Order of this Court filed October 6, 2004, be restored to the practice of law, effective immediately.